ANDRUS ANDERSON LLP
JENNIE LEE ANDERSON, SBN 203586
jennie@andrusanderson.com
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415.986.1400

DiCELLO LEVITT GUTZLER LLC
ADAM J. LEVITT
alevitt@dicellolevitt.com
MARK S. HAMILL*
mhamill@dicellolevitt.com
10 North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: 312.214.7900

Attorneys for Plaintiffs and Proposed Class
[*Additional Counsel Listed on Next Page*]

GIBSON, DUNN & CRUTCHER LLP
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
MATTHEW A. HOFFMAN, SBN 227351
mhoffman@gibsondunn.com
RYAN S. APPLEBY, SBN 293008
rappleby@gibsondunn.com
333 South Grand Avenue Los Angeles, CA
90071-3197 Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant LEXINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MENOMINEE INDIAN TRIBE OF WISCONSIN, MENOMINEE INDIAN GAMING AUTHORITY d/b/a MENOMINEE CASINO RESORT**, and **WOLF RIVER DEVELOPMENT COMPANY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**(1) LEXINGTON INSURANCE COMPANY;**<br>**(2) UNDERWRITERS AT LLOYD'S – SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL1861, KLN 510, AGR 3268;**<br>**(3) UNDERWRITERS AT LLOYD'S - SYNDICATE: CNP 4444;**<br>**(4) UNDERWRITERS AT LLOYD'S - ASPEN SPECIALTY INSURANCE COMPANY;** | CASE NO. 3:21-cv-00231-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12**<br><br>Date:   June 16, 2021<br>Time:   2:00 p.m.<br>Judge:  William H. Orrick<br>Room:   Courtroom 2 |

| | |
|---|---|
| (5) UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003; | ) ) ) ) ) |
| (6) UNDERWRITERS AT LLOYD'S – SYNDICATE: BRT 2987; | ) ) |
| (7) UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274; | ) ) ) ) ) ) ) |
| (8) HOMELAND INSURANCE COMPANY OF NEW YORK; | ) ) |
| (9) HALLMARK SPECIALTY INSURANCE COMPANY; | ) ) |
| (10) ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL; | ) ) ) |
| (11) ARCH SPECIALTY INSURANCE COMPANY; | ) ) |
| (12) EVANSTON INSURANCE COMPANY; | ) ) |
| (13) ALLIED WORLD NATIONAL ASSURANCE COMPANY; | ) ) |
| (14) LIBERTY MUTUAL FIRE INSURANCE COMPANY; | ) ) |
| (15) LANDMARK AMERICAN INSURANCE COMPANY; and | ) ) |
| (16) SRU DOE INSURERS 1-20; | ) ) |
| Defendants. | ) ) |

[*Additional Counsel*]

| | |
|---|---|
| DICELLO LEVITT GUTZLER LLC<br>MARK A. DICELLO*<br>madicello@dicellolevitt.com<br>KENNETH P. ABBARNO<br>kabbarno@dicellolevitt.com<br>MARK ABRAMOWITZ*<br>mabramowitz@dicellolevitt.com<br>7556 Mentor Avenue<br>Mentor, OH 44060<br>Telephone: 440.953.8888 | MOUND COTTON WOLLAN &<br>GREENGRASS LLP<br>LAWRENCE HECIMOVICH, SBN 129688<br>lhecimovich@mouncotton.com<br>2200 Powell Street, Suite 1050<br>Emeryville, CA 94608<br>Telephone: 510.900.9371 |
| BURNS BOWEN BAIR LLP<br>TIMOTHY W. BURNS<br>tburns@bbblawllp.com<br>JEFF J. BOWEN*<br>jbowen@bbblawllp.com<br>JESSE J. BAIR*<br>jbair@bbblawllp.com<br>FREYA K. BOWEN*<br>fbowen@bbblawllp.com<br>1 South Pinckney Street, Suite 930<br>Madison, WI 53703<br>Telephone: 608.286.2302 | MOUND COTTON WOLLAN &<br>GREENGRASS LLP<br>COSTANTINO SURIANO<br>csuriano@moundcotton.com<br>One New York Plaza<br>New York, NY 10004<br>Telephone: 212.804.4235<br><br>DICKINSON WRIGHT PLLC<br>P. BRUCE CONVERSE, SBN 103207<br>BConverse@dickinson-wright.com<br>800 W. California Avenue, Suite 110<br>Sunnyvale, CA 94086<br>Telephone: 602.285.5023 |
| THE LANIER LAW FIRM PC<br>MARK LANIER*<br>ALEX BROWN*<br>alex.brown@lanierlawfirm.com<br>10940 W. Sam Houston Parkway N., Ste. 100<br>Houston, TX 77064<br>Telephone: 713.659.5200 | DICKINSON WRIGHT PLLC<br>TIMOTHY M. STRONG<br>TStrong@dickinson-wright.com<br>1850 N. Central Ave. Suite 1400<br>Phoenix, AZ 85004<br>Telephone: 602.285.5031 |
| DANIELS & TREDENNICK<br>DOUGLAS DANIELS*<br>douglas.daniels@dtlawyers.com<br>6363 Woodway, Suite 700<br>Houston, TX 77057<br>Telephone: 713.917.0024<br><br>Attorneys for Plaintiffs and Proposed Class<br><br>(application for admission<br>*pro hac vice* to be filed) | LEWIS BRISBOIS<br>ALAN E. SERDLOW, SBN 130341<br>Alan.Swerdlow@lewisbrisbois.com<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: 415.262.8570<br><br>LEWIS BRISBOIS<br>SETH WEINSTEIN<br>Seth.Weinstein@lewisbrisbois.com<br>77 Water St, 21st Floor New York, NY 10005<br>Telephone: 212.232.1321<br><br>Attorneys for Defendants<br>[Additional Counsel Listed on Next Page] |

[*Additional Counsel*]

ZELLE LLP
DAN MILLEA
DMillea@zelle.com
NICK DOLEJSI
ndolejsi@zelle.com
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: 612.336.9170

ZELLE LLP
MATTHEW GONZALEZ
MGonzalez@zelle.com
45 Broadway, Suite 920
New York, NY 10006
Telephone: 646.876.4410

ZELLE LLP
SHANNON O'MALLEY
somalley@zelle.com
KRISTIN CUMMINGS
kcummings@zelle.com
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: 214.742.3000

ZELLE LLP
QIANWEI FU, SBN 242669
qfu@zelle.com
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: 415.693.0700
Attorneys for Defendants

3:21-cv-00231-WHO
STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Menominee Indian Tribe of Wisconsin, Menominee Indian Gaming Authority d/b/a/ Menominee Casino Resort, and Wolf River Development Company (collectively, "Plaintiffs"), and Defendants Lexington Insurance Company, et al.[1] (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed their Complaint (the "Complaint") on November 12, 2020 (Dkt. No. 1-2) in the Superior Court of the State of California in Alameda County, and served Defendants with the Summons and Complaint no earlier than December 11, 2020;

WHEREAS, Defendants removed this action to United States District Court for the Northern District of California pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453;

WHEREAS, the parties filed a stipulation pursuant to Civil Local Rule 6-1(a) that reset the time for Defendants to respond to the Complaint from January 19, 2021 to February 11, 2021 (Dkt. 8);

WHEREAS, Defendants filed a Motion to Dismiss the Complaint on February 11, 2021 (the "Motion");

WHEREAS, opposition to the Motion is due within 14 days, by February 25, 2021, pursuant to Civil Local Rule 7-3(a), or an amended complaint is due within 21 days, by March 4, 2021, pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS, Plaintiffs intend to file an amended complaint;

WHEREAS, the parties have met and conferred regarding a modified pleading and

---

[1] Underwriters at Lloyd's – Syndicates: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL 1861, KLN 510, AGR 3268; Underwriters at Lloyd's – Syndicate: CNP 4444; Underwriters at Lloyd's – Aspen Specialty Insurance Company; Underwriters At Lloyd's – Syndicates: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003; Underwriters At Lloyd's – Syndicate: BRT 2987; Underwriters At Lloyd's –Syndicates: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, Neon Worldwide Property Consortium, AUW 0609, TAL 1183, AUL 1274; Homeland Insurance Company of New York; Hallmark Specialty Insurance Company; Endurance Worldwide Insurance Ltd t/as Sompo International; Arch Specialty Insurance Company; Evanston Insurance Company; Allied World National Assurance Company; Liberty Mutual Fire Insurance Company; Landmark American Insurance Company; and SRU Doe Insurers 1-20.

briefing schedule that accounts for the schedule of both parties' counsel;

WHEREAS, the parties stipulated and agreed to request that the pleading and briefing schedule shall be reset such that: Plaintiffs' amended complaint shall be due by March 12, 2021; responsive pleadings or motions shall be due by April 9, 2021; oppositions to any responsive motions shall be due May 7, 2021, and replies in support of any responsive motions shall be due by May 21, 2021;

WHEREAS, the parties have agreed to set a hearing date of June 16, 2021 at 2:00 p.m., if that date is agreeable with the Court; and

WHEREAS, the parties have not requested any prior extensions of time requiring a Court order; and the parties agree that this stipulation and request does not waive any right of the parties to agree to or request further extensions in this action.

**THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED**, pursuant to Civil Local 6-2 and 7-12, that: Plaintiffs' amended complaint shall be due by March 12, 2021; responsive pleadings or motions shall be due by April 9, 2021; oppositions to any responsive motions shall be due May 7, 2021; replies in support of any responsive motions shall be due by May 21, 2021; and the hearing on Defendants' Motion to Dismiss shall be continued from April 7, 2021 at 2:00 p.m. to June 16, 2021 at 2:00 p.m.

SO STIPULATED this __day of February, 2021

Respectfully submitted,

Dated: February 25, 2021        ANDRUS ANDERSON LLP

By:   */s/ Jennie Lee Anderson*
      Jennie Lee Anderson

Attorneys for Plaintiffs and Proposed Class.

|   |   |
|---|---|
| Dated: February 25, 2021 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:  /s/ *Richard J. Doren*<br>       Richard J. Doren<br><br>Attorneys for Attorneys for Defendant LEXINGTON INSURANCE COMPANY. |
| Dated: February 25, 2021 | MOUND COTTON WOLLAN & GREENGRASS LLP<br><br>By:  /s/ *Lawrence Hecimovich*<br>       Lawrence Hecimovich<br><br>Attorneys for Defendant ALLIED WORLD NATIONAL ASSURANCE COMPANY. |
| Dated: February 25, 2021 | DICKINSON WRIGHT PLLC<br><br>By:  /s/ *P. Bruce Converse*<br>       P. Bruce Converse<br><br>Attorneys for Defendant EVANSTON INSURANCE COMPANY. |
| Dated: February 25, 2021 | LEWIS BRISBOIS<br><br>By:  /s/ *Alan E. Serdlow*<br>       Alan E. Serdlow<br><br>Attorneys for Defendants Attorneys for Defendants HALLMARK SPECIALTY INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY, SUED HEREIN AS "UNDERWRITERS AT LLOYD'S – ASPEN SPECIALTY INSURANCE COMPANY." |
| Dated: February 25, 2021 | ZELLE LLP<br><br>By:  /s/ *Matthew Gonzalez*<br>       Matthew Gonzalez<br><br>By:  */s/ Dan Millea*<br>       Dan Millea<br><br>By:  */s/ Nick Dolejsi*<br>       Nick Dolejsi |

3                                      3:21-cv-00231-WHO
STIPULATED REQUEST FOR ORDER CHANGING TIME

|    |                              |                                                              |
|----|------------------------------|--------------------------------------------------------------|
| 1  |                              |                                                              |
| 2  |                              | Attorneys for Defendants UNDERWRITERS AT LLOYD'S – SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL 1861, KLN 510, AGR 3268; UNDERWRITERS AT LLOYD'S – SYNDICATE: CNP 4444; UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003; UNDERWRITERS AT LLOYD'S – SYNDICATE: BRT 2987; UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274; ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL; and HOMELAND INSURANCE COMPANY OF NEW YORK |

Dated: February 25, 2021           ZELLE LLP

                                   By:   /s/ *Shannon M. O'Malley*
                                         Shannon M. O'Malley

Attorneys for Defendant ARCH SPECIALTY INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY.

**[PROPOSED] ORDER**

As stipulated and pursuant to Civil Local Rules 6-2 and 7-12,, Plaintiffs' amended complaint shall be due by March 12, 2021; responsive pleadings or motions shall be due by April 9, 2021; oppositions to any responsive motions shall be due May 7, 2021, and replies in support of any responsive motions shall be due by May 21, 2021. The hearing on Defendants' Motion to Dismiss shall be continued from April 7, 2021 at 2:00 p.m. to June 16, 2021 at 2:00 p.m.

**IT IS SO ORDERED**

DATED: February 26, 2021



HON. WILLIAM H. ORRICK
Judge of the United States District Court

## SIGNATURE ATTESTATION

I, Jennie Lee Anderson, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: February 25, 2021           ANDRUS ANDERSON LLP

                                   By:   /s/ *Jennie Lee Anderson*
                                         Jennie Lee Anderson

                                   Attorneys for Plaintiffs and Proposed Class.


## CERTIFICATE OF SERVICE

The undersigned hereby attests that, on February 25, 2021, she served a true and accurate copy of the foregoing on all parties through this Court's ECF filing system.

Dated: February 25, 2021           ANDRUS ANDERSON LLP

                                   By:   /s/ *Jennie Lee Anderson*
                                         Jennie Lee Anderson

                                    Attorneys for Plaintiffs and Proposed Class.