Qianwei Fu (SBN 242669)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
qfu@zelle.com

Matthew Gonzalez (*pro hac vice*)
**ZELLE LLP**
45 Broadway, Suite 920
New York, NY 10006
Telephone: (646) 876-4400
Facsimile: (612) 336-9100
mgonzalez@zelle.com

Dan Millea (*pro hac vice*)
Nick A. Dolejsi (*pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South,
Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
dmillea@zelle.com
ndolejsi@zelle.com

*Attorneys for Defendants UNDERWRITERS AT LLOYD'S – SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL 1861, KLN 510, AGR 3268; UNDERWRITERS AT LLOYD'S – SYNDICATE: CNP 4444; UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003; UNDERWRITERS AT LLOYD'S – SYNDICATE: BRT 2987; UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274; ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL; and HOMELAND INSURANCE COMPANY OF NEW YORK*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MENOMINEE INDIAN TRIBE OF WISCONSIN, MENOMINEE INDIAN GAMING AUTHORITY d/b/a MENOMINEE CASINO RESORT, and WOLF RIVER DEVELOPMENT COMPANY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

(1) LEXINGTON INSURANCE COMPANY;

CASE NO. 3:21-cv-00231-WHO

**ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL'S CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**

Local Rule 3-15

(2) UNDERWRITERS AT LLOYD'S – SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL1861, KLN 510, AGR 3268;
(3) UNDERWRITERS AT LLOYD'S – SYNDICATE: CNP 4444;
(4) UNDERWRITERS AT LLOYD'S – ASPEN SPECIALTY INSURANCE COMPANY;
(5) UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003;
(6) UNDERWRITERS AT LLOYD'S – SYNDICATE: BRT 2987;
(7) UNDERWRITERS AT LLOYD'S – SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274;
(8) HOMELAND INSURANCE COMPANY OF NEW YORK;
(9) HALLMARK SPECIALTY INSURANCE COMPANY;
(10) ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL;
(11) ARCH SPECIALTY INSURANCE COMPANY;
(12) EVANSTON INSURANCE COMPANY;
(13) ALLIED WORLD NATIONAL ASSURANCE COMPANY;
(14) LIBERTY MUTUAL FIRE INSURANCE COMPANY;
(15) LANDMARK AMERICAN INSURANCE COMPANY; and
(16) SRU DOE INSURERS 1-20,

Defendants.

Defendant ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL submits the following statement of its corporate interests and affiliations and of interested entities or persons:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that:

Defendant ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL is not publicly traded but is held in partnership (general or limited) or is a limited liability company or other closely held entity.

Endurance Worldwide Insurance Limited (EWIL) is 100% owned by Endurance Worldwide Holdings Ltd (EWHL), which is incorporated in England and Wales. EWHL is 100% owned by Endurance Specialty Insurance Ltd. (ESIL), which is incorporated in Bermuda. ESIL is 100% owned by Sompo International Holdings Ltd. (SIHL), which is incorporated in Bermuda. SIHL is 100% owned by Sompo Japan Insurance Inc. (SJII), which is incorporated in Japan. SJII is 100% owned by Sompo Holdings Inc., which is incorporated in Japan.

Pursuant to L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 9, 2021

Respectfully submitted,

By: /s/ *Qianwei Fu*

Qianwei Fu (SBN 242669)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
qfu@zelle.com

Matthew Gonzalez (*pro hac vice*)
**ZELLE LLP**
45 Broadway, Suite 920
New York, NY 10006
Telephone: (646) 876-4400
Facsimile: (612) 336-9100
mgonzalez@zelle.com

Dan Millea (*pro hac vice*)
Nick A. Dolejsi (*pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415

Telephone: (612) 339-2020
Facsimile: (612) 336-9100
dmillea@zelle.com
ndolejsi@zelle.com

*Attorneys for Defendant ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 9, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Qianwei Fu*
Qianwei Fu