1  Jennie Lee Anderson (SBN 203586)
   **ANDRUS ANDERSON LLP**
2  155 Montgomery Street, Suite 900
   San Francisco, California 94104
3  Telephone: 415-986-1400
   Facsimile: 415-986-1474
4  jennie@andrusanderson.com

5

6  Adam J. Levitt (*pro hac vice forthcoming*)
   **DiCELLO LEVITT GUTZLER LLC**
7  Ten North Dearborn Street, Sixth Floor
   Chicago, Illinois 60602
8  Telephone: 312-214-7900
   Facsimile: 312-253-1443
9  alevitt@dicellolevitt.com

10 Timothy W. Burns (*pro hac vice forthcoming*)
   **BURNS BOWEN BAIR LLP**
11 One S. Pinckney Street, Suite 930
   Madison, Wisconsin 53703
12 Telephone: 608-286-2302
   Facsimile: 608- 286-2037
13 tburns@bbblawllp.com

14

15

16

Mark Lanier (*pro hac vice forthcoming*)
**THE LANIER LAW FIRM PC**
10940 W. Sam Houston Parkway N., Suite 100
Houston, Texas 77064
Telephone: 713-659-5200
Facsimile: 713-659-2204
WML@lanierlawfirm.com

Douglas Daniels (*pro hac vice forthcoming*)
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700
Houston, Texas 77057
Telephone: 713-917-0024
Facsimile: 713-917-0026
douglas.daniels@dtlawyers.com

17 *Attorneys for Plaintiffs and the Class*
   (Additional counsel listed on signature page)
18

19              UNITED STATES DISTRICT COURT
                NORTHTERN DISTRICT OF CALIFORNIA

20 **MENOMINEE INDIAN TRIBE OF**            ) CASE NO. 3:21-cv-00231-WHO
21 **WISCONSIN, MENOMINEE INDIAN**          )
   **GAMING AUTHORITY d/b/a**               )
22 **MENOMINEE CASINO RESORT**, and         ) **PLAINTIFFS' CERTIFICATION OF**
   **WOLF RIVER DEVELOPMENT**               ) **INTERESTED ENTITIES OR**
23 **COMPANY**, individually and on behalf of ) **PERSONS (LR 3-15)**
   all others similarly situated,           )
24                                          )
                                            )
25        Plaintiffs,                       )
                                            )
26    vs.                                   )
                                            )
27 **(1) LEXINGTON INSURANCE**              )
       **COMPANY;**                         )
28                                          )

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LR 3-15)

(2) UNDERWRITERS AT LLOYD'S – SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL1861, KLN 510, AGR 3268;
(3) UNDERWRITERS AT LLOYD'S - SYNDICATE: CNP 4444;
(4) UNDERWRITERS AT LLOYD'S - ASPEN SPECIALTY INSURANCE COMPANY;
(5) UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003;
(6) UNDERWRITERS AT LLOYD'S – SYNDICATE: BRT 2987;
(7) UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274;
(8) HOMELAND INSURANCE COMPANY OF NEW YORK;
(9) HALLMARK SPECIALTY INSURANCE COMPANY;
(10) ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL;
(11) ARCH SPECIALTY INSURANCE COMPANY;
(12) EVANSTON INSURANCE COMPANY;
(13) ALLIED WORLD NATIONAL ASSURANCE COMPANY;
(14) LIBERTY MUTUAL FIRE INSURANCE COMPANY;
(15) LANDMARK AMERICAN INSURANCE COMPANY; and
(16) SRU DOE INSURERS 1-20;

    Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  March 10, 2021                                Respectfully submitted,

   /s/ Jennie Lee Anderson
Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California  94104
Telephone:  415-986-1400
jennie@andrusanderson.com

Adam J. Levitt (*pro hac vice forthcoming*)
Mark S. Hamill (*pro hac vice forthcoming*)
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:  312-214-7900
alevitt@dicellolevitt.com
mhamill@dicellolevitt.com

Mark A. DiCello (*pro hac vice forthcoming*)
Kenneth P. Abbarno (*pro hac vice forthcoming*)
Mark Abramowitz (*pro hac vice forthcoming*)
**DiCELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone:  440-953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Timothy W. Burns (*pro hac vice forthcoming*)
Jeff J. Bowen (*pro hac vice forthcoming*)
Jesse J. Bair (*pro hac vice forthcoming*)
Freya K. Bowen (*pro hac vice forthcoming*)
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: 608-286-2302
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

|   |   |
|---|---|
| 1 | Mark Lanier (*pro hac vice forthcoming*) |
| 2 | Alex Brown (*pro hac vice forthcoming*) |
|   | **THE LANIER LAW FIRM PC** |
| 3 | 10940 West Sam Houston Parkway North, Suite 100 |
|   | Houston, Texas 77064 |
| 4 | Telephone:  713-659-5200 |
|   | WML@lanierlawfirm.com |
| 5 | alex.brown@lanierlawfirm.com |
| 6 | Douglas Daniels (*pro hac vice forthcoming*) |
|   | **DANIELS & TREDENNICK** |
| 7 | 6363 Woodway, Suite 700 |
|   | Houston, Texas 77057 |
| 8 | Telephone:  713-917-0024 |
|   | douglas.daniels@dtlawyers.com |
| 9 |   |
| 10 | *Counsel for Plaintiffs and the Proposed Class* |