UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENOMINEE INDIAN TRIBE OF WISCONSIN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>LEXINGTON INSURANCE COMPANY, et al.,<br><br>      Defendants. | Case No. 21-cv-00231-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 109 |

Pursuant to the Court's Order Granting Motions to Dismiss, Judgment is accordingly entered in favor of the defendants and against plaintiffs.

Dated: August 23, 2021　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: Jean M. Davis, Deputy Clerk