| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 7 2022<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MENOMINEE INDIAN TRIBE OF WISCONSIN; MENOMINEE INDIAN GAMING AUTHORITY, DBA Menominee Casino Resort; WOLF RIVER DEVELOPMENT COMPANY, individually and on behalf of all others similarly situated,

          Plaintiffs-Appellants,

  v.

LEXINGTON INSURANCE COMPANY; UNDERWRITERS AT LLOYD'S - SYNDICATES: ASC 1414, XLC 2003, TAL 1183, MSP 318, ATL1861, KLN 510, AGR 3268; UNDERWRITERS AT LLOYD'S - SYNDICATE: CNP 4444; UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, ATL 1861, ASC 1414, QBE 1886, MSP 0318, APL 1969, CHN 2015, XLC 2003; UNDERWRITERS AT LLOYD'S - SYNDICATE: BRT 2987; UNDERWRITERS AT LLOYD'S - SYNDICATES: KLN 0510, TMK 1880, BRT 2987, BRT 2988, CNP 4444, ATL 1861, NEON WORLDWIDE PROPERTY CONSORTIUM, AUW 0609, TAL 1183, AUL 1274; HOMELAND INSURANCE COMPANY OF NEW YORK; ENDURANCE WORLDWIDE INSURANCE LTD T/AS SOMPO INTERNATIONAL; XL CATLIN INSURANCE COMPANY UK LTD.; HALLMARK SPECIALTY INSURANCE COMPANY; UNDERWRITERS AT

No.   21-16557

D.C. No. 3:21-cv-00231-WHO
Northern District of California,
San Francisco

ORDER

| |
|---|
| LLOYD'S - ASPEN SPECIALTY INSURANCE COMPANY; EVANSTON INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; LANDMARK AMERICAN INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY, <br><br>             Defendants-Appellees. |

By stipulation of the parties, this appeal is dismissed. Fed. R. App. P. 42(b). Per their stipulation, the parties are to bear their own fees and costs. This order shall constitute the mandate of the Court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7